1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY A. ROSENBERG,

11              Petitioner,                    No. CIV S-07-2530 LKK DAD P

12         vs.

13   SCHWARZENEGGER, et al.,

14              Respondents.            ORDER

15   _____/

16              Petitioner is a former inmate at the Monterey County Jail.  Petitioner commenced

17   this action on November 26, 2007, by filing a document styled, "(emergency filing) - 1st Amd

18   COMPLAINT w/ Writ of Habeas Corpus."  The Clerk of the Court opened this as a federal

19   habeas action in response to the petition.  On December 6, 2007, the court issued an order

20   indicating that it was unable to determine what type of action petitioner was attempting to pursue

21   and directing petitioner to file either a habeas petition or a civil rights.  On December 17, 2007,

22   petitioner filed an application to proceed in forma pauperis along with a habeas petition wherein

23   he alleged that he was then housed at the Monterey County Jail and was challenging his

24   continued detention at that facility.  However, immediately thereafter on December 20, 2007,

25   petitioner filed a civil rights complaint with this court in which he named California Governor

26   Arnold Schwarzenegger and others as defendants and complained about allegedly being

1

1    unlawfully searched and detained by police in Salinas, California among other things.  On

2    December 20, 2007, plaintiff notified this court he had just been ordered released, presumably by

3    the Monterey County Superior Court, to the Natividad Hospital[1] in Salinas for return to the

4    community when approved by doctors there.   Finally, on December 21, 2007, petitioner filed yet

5    another document with the court, this one styled as a, "Praecipe For 42 usc 1983/Habeas Corpus"

6    in which he appears to indicate that he is in this action seeking to obtain compensation and

7    injunctive relief in connection with his incarceration prior to his release to Natividad Hospital.

8                 Petitioner is advised that this case will proceed as a habeas action as it was

9    originally opened and the court will grant petitioner's application to proceed in forma pauperis.[2]

10   The court will also dismiss the amended petition for writ of habeas corpus filed December 17,

11   2007 because it is incomplete and petitioner's responses to several questions on that form

12   petition are difficult to comprehend.  The court will grant petitioner leave to file a second

13   amended habeas petition in which petitioner must clarify what charges were brought against him

14   following his alleged arrest, whether any plea was entered, the dates of his arrest and court

15   appearances, his efforts to exhaust his claims in state court and any other pertinent information

16   regarding the conviction or other court order from which he seeks relief.  Petitioner may attach

17   copies of the petitions or appeals he filed with the California courts as well as the orders of those

18   courts to his amended federal habeas petition.

19   /////

20

21        [1] Natividad Medical Center is affiliated with the University of California at San
     Francisco School of Medicine and is located in Salinas, California and, according to its website,
22   does have a Mental Health Unit.

23        [2] Petitioner may file a separate new case if he intends to pursue a civil rights action
     challenging the conditions of his confinement in the Monterey County Jail as recently indicated
24   by him.  Petitioner cannot proceed with a civil rights action and seek habeas relief in the same
     action.  Moreover, if all of the actions about which he seeks to complain occurred in Monterey,
25   Salinas or elsewhere within the boundaries of the Northern District of California, venue for such
     an action would only be appropriate in the U.S. District Court for the Northern District of
26   California and he should file any civil rights action he may wish to pursue in that court.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Petitioner's December 17, 2007 application to proceed in forma pauperis is

3  granted;

4    2.  Petitioner's amended petition for writ of habeas corpus filed on December 17,

5  2007, and his complaint filed on December 20, 2007, are dismissed;

6    3.  Petitioner is granted thirty days from the date of service of this order to file an

7  amended petition that complies with the requirements of the Federal Rules of Civil Procedure;

8  the amended petition must bear the docket number assigned this case and must be labeled

9  "Second Amended Petition;" petitioner must use the form petition provided by the Clerk of the

10 Court and answer each question; petitioner's failure to file a second amended petition in

11 accordance with this order will result in the dismissal of this action;

12   4.  The Clerk of the Court is directed to provide petitioner with the court's form

13 petition for a writ of habeas corpus; and

14   5.  Petitioner's address of record shall be changed to:  Natividad Medical Center,

15 1441 Constitution Blvd., Salinas, CA 93906.

16 DATED: November 20, 2008.

17

18 _____

19 DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

20 DAD:4
   ros2530.amd2

21

22

23

24

25

26

3