UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEFFREY A. ROSENBERG, | No. 2:07-cv-02530 LKK DAD P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, | |
| Respondent. | |

On October 7, 2013, petitioner filed a document with this court styled as a, "Praecipe" in which petitioner seeks to have this case and a closed civil case (2:04-cv-00834 LKK PAN P) consolidated and transferred to the U.S. District Court for the Central District of California. (ECF No. 15.) This habeas action was closed back on March 5, 2009. Therefore, the court will order that the petitioner's recent filing be placed in the file and disregarded since this federal habeas action is long since closed.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's October 7, 2013 filing, styled as a "Praecipe" (ECF No. 15), shall be placed in the file and disregarded. No order will issue in response to future filings in this closed case.

/////

/////

1

2. The Clerk of the Court is directed to serve this order on petitioner at the following two addresses: General Delivery, Pasadena, CA 91109 and 450 Camarillo Center Drive, B14, Camarillo, CA 93010.

Dated: October 18, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rose2530.158